# EXHIBIT A



| Site Map | Volume Sales | Costco Services | Suppliers | Corporation |
|---|---|---|---|---|
| Product Videos | | Special Events | Supplier Diversity | All rights reserved |

Store Details | Get Directions

6. **Manchester Mo** (127.03 miles)
301 Highlands Blvd Drive
Manchester, MO 63011-4385
(636) 686-7400
Store Details | Get Directions

7. **S St Louis** (127.55 miles)
4200 Rusty Road
St. Louis, MO 63128-1973
(314) 894-7953
Store Details | Get Directions

8. **St Charles** (131.14 miles)
221 S. Randall Rd
St. Charles, IL 60174-1524
(630) 549-2022
Store Details | Get Directions

9. **Merrillville** (134.3 miles)
1310 E. 79th Ave
Merrillville, IN 46410-5768
(219) 641-6400
Store Details | Get Directions

10. **Oak Brook** (134.86 miles)
1901 W 22nd St
Oak Brook, IL 60523-1785
(630) 928-0235
Store Details | Get Directions

11. **Bedford Park** (135.56 miles)
7300 S Cicero Ave
Bedford Park, IL 60629-5817
(708) 552-9010
Store Details | Get Directions

12. **Bloomingdale** (136.91 miles)
505 W. Army Trail Road
Bloomingdale, IL 60108-1391
(630) 351-3010
Store Details | Get Directions

13. **North Riverside** (138.74 miles)
2500 South Harlem Avenue
North Riverside, IL 60546
(708) 853-1017
Store Details | Get Directions

14. **Melrose Park** (141.78 miles)
8400 W North Ave
Melrose Park, IL 60160-1607
(708) 397-2905
Store Details | Get Directions

15. **Chicago South Loop** (143.57 miles)
1430 S Ashland Ave
Chicago, IL 60608
(312) 492-3600
Store Details | Get Directions

16  **Schaumburg**  (146.02 miles)
1375 N Meacham Rd
Schaumburg, IL 60173-4805
(847) 969-0790
Store Details | Get Directions

17  **Lincoln Park**  (147.24 miles)
2746 N. Clybourn Avenue
Chicago, IL 60614-1006
(773) 360-2053
Store Details | Get Directions



18  **Lake In The Hills**  (148.83 miles)
250 N. Randall Rd.
Lake in the Hills, IL 60156-5943
(847) 960-9909
Store Details | Get Directions

19  **Niles**  (149.37 miles)
7311 N Melvina Ave
Niles, IL 60714-3905
(847) 972-3003
Store Details | Get Directions



20  **Mt Prospect**  (150.08 miles)
999 N Elmhurst Rd
Mount Prospect, IL 60056-1198
(847) 660-2001
Store Details | Get Directions

# EXHIBIT B



Download the new COSTCO APP to your smartphone for easy coupon redemption!



## Warehouse Coupon Offers
### Valid 1/29/15 - 2/22/15

Simply show the Costco app on your smartphone to cashier. No scanning required.
To redeem offers with the ⬅, you must present the paper coupon or
show the Costco app on your smartphone to the cashier.

Offers differ in Puerto Rico and Costco Business Centers. See your local Puerto Rico Costco or Costco Business Center for details.

View Full Terms and Conditions

---

**Instant Savings**
## $10 OFF
NO LIMIT

**Harmonics Laminate Flooring with Attached Pad**
- Savannah Hickory
- Sunset Acacia
- Camden Oak

Item 959631, 959632, 620859

*Selection varies by location. Furniture and accessories not included.*

---

**Instant Savings**
## $10 OFF
LIMIT 3

**Mobil 1 Motor Oil**
6/1 qt
- 10W-30
- 5W-30
- 5W-20

Item 9627, 451879, 926737

*Selection varies by location.*

---

**Instant Savings**
## $50 OFF
LIMIT 5                      ALSO AVAILABLE AT COSTCO.COM

**Acer Aspire Switch 10 2-in-1 Laptop**
Latest Intel® Processor, 10.1" HD Touchscreen, 1-year Microsoft Office 365 Personal, WiFi and Windows 8.1.
Item 949620

*Costco Concierge Services technical support and second year warranty included.*

**2GB Memory**
**64GB Internal Storage**

---

**Instant Savings**
## $20 OFF
LIMIT 5                      ALSO AVAILABLE AT COSTCO.COM

**Waterpik Ultra/Nano Water Flosser Combo**
- Cleans deep between teeth and below gumline
- Removes up to 99.9% of plaque
- Removes bacteria that cause bad breath
- An easy and more effective way to floss
- 1 Water flosser, 1 nano water flosser and 1 travel case
- 12 Accessory tips with case

Item 978082

---

**Instant Savings**
$0 DOWN WITH 24 MONTHLY PAYMENTS OF $25.40. IF YOU CANCEL WIRELESS SERVICE, REMAINING BALANCE ON PHONE BECOMES DUE ON APPROVED CREDIT.

LIMIT 5

**T-Mobile – Samsung Galaxy S® 5**
PLUS $25 Costco Cash Card Via Mail-In Rebate

Item 861261



---

**Instant Savings**
## $120 OFF††
LIMIT 5

**Verizon – Droid Turbo by Motorola (Black)**
Item 959781



---

**Instant Savings**
## $100 OFF†
LIMIT 5

**AT&T – Samsung Galaxy S® 5**
Item 878372

  

---

**Instant Savings**
## $100 OFF††
LIMIT 5

**Sprint – Samsung Galaxy S® 5**
Item 861260

  

---

*[Fine print legal disclaimers for wireless carrier offers]*

---

**Instant Savings**
## $100 OFF
LIMIT 5                      ALSO AVAILABLE AT COSTCO.COM

**Toshiba Satellite 15.6" Touch Laptop**
4th Generation Intel® Core i5 Processor, Touchscreen, AC WiFi, Backlit Keyboard and Windows 8.1.
Item 949610

*Costco Concierge Services technical support and second year warranty included.*

**8GB Memory**
**1TB Hard Drive**



---

**Instant Savings**
## $250 OFF
LIMIT 3

**Samsung 65" Class 1080P Smart LED LCD HDTV**
64.5" diagonal. Built-in WiFi for streaming movies, music and more. Quad core processor and Clear Motion Rate 240.

Item 965690

*Costco Concierge Services technical support and second-year warranty included.*

 

---

**Instant Savings**
## $10-30 OFF
LIMIT 3

**SANUS Simplicity Flat-Panel TV Wall Mounts**
CHOOSE FROM:                  ALSO AVAILABLE AT COSTCO.COM
**$10 OFF** 22-47"
Full-Motion Mount 60-lb. capacity.
Item 713162
**$20 OFF** 37-80"
Low-Profile Tilt Mount 125-lb. capacity.
Item 933410
**$30 OFF** 37-80"
Full-Motion Mount 125-lb. capacity.
Item 938842

---

**Instant Savings**
## $100 OFF
LIMIT 5                      ALSO AVAILABLE AT COSTCO.COM

**HP Officejet Pro 8625 e-All-In-One Printer**
Large 4.3" touchscreen control. High-speed printing at ISO 21 ppm black and 16 ppm color per mfg. specs. Wireless networking, auto two-sided printing, legal-size glass scanner bed, scan to email, 50 sheet auto doc feeder.
Item 868271

---

**Instant Savings**
## $20 OFF
LIMIT 5

**Seagate 3TB Backup Plus External Hard Drive**
USB 3.0 or 2.0 plug-and-play connectivity. Preloaded with automatic backup software. Works with PCs and Macs.

Item 864931



---

**Instant Savings**
## $5 OFF
LIMIT 5

**Keurig Brewed® K-Cup® Packs**
80 ct

Item 577919, 261792, 305592, 330170, 704330, 581812, 819035

*Selection varies by location. Shop Costco.com for special offers and an expanded selection.*



---

**Instant Savings**
## $25 OFF
LIMIT 5                      ALSO AVAILABLE AT COSTCO.COM

**Therapure Air Purifier**
- HEPA-type filter
- 3 Speeds with 24-hour timer
- Digital controls
- UV light helps eliminate germs and bacteria

---

**Instant Savings**
## $30 OFF
LIMIT 5                      ALSO AVAILABLE AT COSTCO.COM

**Philips Sonicare FlexCare Rechargeable Toothbrush** 2 pk
- 3 Modes and 2 routines
- 2 DiamondClean brush heads
- Superior cleaning and whiter teeth
- UV brush head sanitizer with

| About Us | Membership | Customer Service | Locations & Services | e Costco Connection | Join Our Community |
|---|---|---|---|---|---|
| Kirkland Signature™ | Join Now | Free Technical Support | Locations | Current Issue | Sign Up for Great Offers & Values from Costco.com |
| Company Information | Renew Membership | Shipping | Locations Coming Soon | Recipes The Costco Way | |
| Investor Relations | Credit Card | Returns | Hours & Holiday Closures | Resources | |
| Your Privacy Rights | | Product Info | Author Signings | | |
| Terms and Conditions | My Account | Recalls | Gasoline | Vendors & Suppliers | Sign Up |
| Jobs | Sign In or Register | Rebates | Hearing Aid Center | | |
| Employee Site | Order Status | Preventing Fraud | Optical | Supply Chain Disclosure | © 1998 — 2015 |
| Charitable Contributions | My Wish Lists | Export Sales | Photo Center | Ethics Hotline for Suppliers | Costco Wholesale Corporation |
| Site Map | | Volume Sales | Costco Services | Supplier Diversity | All rights reserved |
| Product Videos | | | Special Events | | |

**Instant Savings**

**$4 OFF** LIMIT 2 — ALSO AVAILABLE AT COSTCO.COM
Brawny Mega Pick-A-Size® Paper Towels
15/127 Sheets
Item 578380

**$3 OFF** LIMIT 2 — ALSO AVAILABLE AT COSTCO.COM
Kirkland Signature™ Facial Tissue Upright
12/90 ct
Item 720691

**$5.50 OFF** LIMIT 2 — ALSO AVAILABLE AT COSTCO.COM
Kirkland Signature™ Facial Tissue Lodge Pack
30/110 ct
Item 720894

**$2 OFF** LIMIT 2
Chinet Comfort Cups with Lids
50/16 oz
Item 608084

**$3 OFF** LIMIT 5
Liquid-Plumr Toughest Clog Destroyer
2/128 oz
Item 959184

**$2 OFF** LIMIT 2
Kirkland Signature™ Fabric Softener Sheets 2/250 ct AND/OR Ultra Soft Liquid Fabric Softener 187 oz
Item 561851, 661848

**$2.90 OFF** LIMIT 2
Kirkland Signature™ Ultra Clean Regular AND/OR Free & Clear Ultra Clean Liquid Laundry Detergent
194 oz, 126 Loads
Item 845613, 845621

**$4 OFF** LIMIT 1 PER HOUSEHOLD
Gain Liquid Laundry Detergent
225 oz, 146 Loads
Item 794644

**$4.50 OFF** LIMIT 1 PER HOUSEHOLD
Gain Powder Laundry Detergent
206 oz, 180 Loads
Item 554270

**$2 OFF** LIMIT 1 PER HOUSEHOLD
Cascade Advanced Power Gel
125 oz
Item 660968

**$3 OFF** LIMIT 5 — ALSO AVAILABLE AT COSTCO.COM
Finish Powerball All-in-1 Tabs 110 ct AND/OR Jet-Dry 32 oz
Item 749873, 608054

**$4 OFF** LIMIT 4
Cetaphil Cream
20 oz
Item 23521

**$8 OFF** LIMIT 5 — ALSO AVAILABLE AT COSTCO.COM
Cellucor C4 Extreme
2 pk/30 Servings
Item 734431

**$7 OFF** LIMIT 5
Muscle Milk Light Chocolate Protein Shake
24/8.25 oz
Item 249448

**$3 OFF** LIMIT 2
Dove Body Wash
3/24 oz
Item 912357, 911684
Selection varies by location

**$2.50 OFF** LIMIT 2 — ALSO AVAILABLE AT COSTCO.COM
Pantene Advanced Care Shampoo AND/OR Conditioner
40 oz
Item 921965, 921973
Selection varies by location

















**$10 OFF** LIMIT 2 — COSTCO.COM
Crest 3D White Whitestrips
Item 640256

**$3.50 OFF** LIMIT 2
Crest Pro-Health Healthy Fresh Toothpaste
4/7.8 oz
Item 926110


**$9 OFF** LIMIT 3
Poise Ultimate Absorbency Regular Length Pads
144 ct
Item 294011


**$6.50 OFF** LIMIT 2 — COSTCO.COM
Olay Regenerist Serum
3.4 oz
Item 22706

Instant Savings **$3 OFF** LIMIT 2
Oral-B Glide Pro-Health Floss
6 ct
Item 203155


Instant Savings **$6 OFF** LIMIT 2 — ALSO AVAILABLE AT COSTCO.COM
Huggies Pull-Ups
Sizes 2T-3T, 3T-4T, 4T-5T
Item 646510, 646520, 646530


Instant Savings **$7 OFF** LIMIT 5
3M Scotch Heavy Duty Packaging Tape
8 ct
Item 415022


Instant Savings **$4 OFF** LIMIT 20
Georgia-Pacific Copy Paper
10 Ream Case
Item 958403


Instant Savings **$40-70 OFF** LIMIT 8 EACH — ALSO AVAILABLE AT COSTCO.COM
QuickBooks CHOOSE FROM:
$40 OFF Online Essentials Item 912973
$60 OFF Pro Item 912970
$70 OFF Pro + Payroll Item 912972
Shop Costco.com for additional offers.



Instant Savings **$70 OFF** NO LIMIT — ALSO AVAILABLE AT COSTCO.COM
ANY SET OF 4 Michelin Tires
Not all makes, models and sizes available.
Not available at Manhattan or Rego Park N.Y. locations. Wheels not included.


Instant Savings **$8 OFF** NO LIMIT
Feit Electric LED Utility Shop Light
• 3700 Lumens
• Shatterproof
• 50,000 Hour life
• Uses only 38 watts
• Hanging harness included
• Plug in with included power cord
Item 858582



Instant Savings **$3 OFF** LIMIT 10
Duracell 9V Coppertop Batteries
8 ct
Item 662821
The National Fire Protection Association recommends replacing batteries in all smoke alarms at least once a year.


Instant Savings **$8 OFF** NO LIMIT
Fire Safety Products
Item 820923, 832151, 540003



Instant Savings **$5 OFF** LIMIT 5 — ALSO AVAILABLE AT COSTCO.COM
Snapware Total Solution Food Storage Set
• BPA-free plastic
• Microwave-, dishwasher- and freezer-safe
• 15 Containers and 15 lids
• 2 Divided trays and 2 ice packs
Item 940442
Food not included.



Instant Savings **$3.75 OFF** LIMIT 2
Lubriderm Daily Moisture Lotion
2/24 oz + 1/6 oz
Item 466096


Instant Savings **$5 OFF** NO LIMIT
Disney Assorted Movies DVD AND/OR Blu-ray
Item 959586, 959593, 959596




Instant Savings **$160 OFF** LIMIT 10 — ALSO AVAILABLE AT COSTCO.COM
Sealy Newfield Mattress Set
King AND/OR Cal King
• Posturepedic APEX Coil
• Gel memory foam
• CoreSupport Center
• LiftRight surround handles
Item 792994, 792995



Instant Savings **$2 OFF** NO LIMIT — ALSO AVAILABLE AT COSTCO.COM
Stride Rite Kids' Socks
8 pk
Item 614462, 614185
Selection varies by location.



Instant Savings **$4 OFF** NO LIMIT
HBO TV Assortment on DVD
"Rome," "Deadwood," "The Sopranos," "The Wire," "Boardwalk Empire" and "True Blood"
Item 961833



Instant Savings **$3.50 OFF** LIMIT 12 EACH
NeilMed Sinus Rinse Kit 250 ct AND/OR Kirkland Signature Hair, Skin & Nails 240 ct
Item 697448, 847454



Instant Savings **$4 OFF** LIMIT 6 EACH
Gas-X Extra Strength Softgels AND/OR Schiff Digestive Advantage Probiotic Gummies 120 ct
Item 301341, 836820




Instant Savings **$3.50 OFF** LIMIT 6
Citrucel Caplets
240 ct
Item 604198



Instant Savings **$10 OFF** LIMIT 2
Align Daily Probiotic
63 ct
Item 762631



Instant Savings **$3 OFF** NO LIMIT
Youtheory Collagen 390 ct AND/OR Turmeric 180 ct
Item 597726, 609265











**Instant Savings**
**$4 OFF** NO LIMIT — ALSO AVAILABLE AT COSTCO.COM
Kirkland Signature™ Fish Oil
1400 mg, 230 ct
Item 887498

**Instant Savings**
**$6 OFF** LIMIT 1
Prilosec OTC Tablets
20.6 mg, 3/14 ct
Item 945005

**Instant Savings**
**$6 OFF** NO LIMIT
Mucinex Max Strength
AND/OR DM 48 ct
Item 724878, 824023

**Instant Savings**
**$3 OFF** NO LIMIT
Airborne Effervescent Tablets 2/18 ct
AND/OR Chewable Tablets 116 ct
Item 923505, 647885





**Instant Savings**
**$3.50 OFF** LIMIT 2 — ALSO AVAILABLE AT COSTCO.COM
Cottonelle FreshCare Flushable
Cleansing Cloths
504 ct
Item 819183

**Instant Savings**
**$8 OFF** NO LIMIT
Exergen Temporal
Artery Thermometer
Item 698455

**Instant Savings**
**$8 OFF** NO LIMIT
Microlife Blood Pressure Monitor
Item 793770

**Instant Savings**
**$2.50 OFF** LIMIT 8 EACH — ALSO AVAILABLE AT COSTCO.COM
Tums Ultra Berry 265 ct
AND/OR Ultra-Strength
Assorted Fruit 330 ct
Item 72147, 630721








**Instant Savings**
**$4.50 OFF** LIMIT 3 EACH
Dulcolax Laxative Tablets 200 ct AND/OR
Zantac Tablets 150 mg, 2/50 ct
Item 857407, 681421

**Instant Savings**
**$3 OFF** LIMIT 5 EACH — ALSO AVAILABLE AT COSTCO.COM
CHOOSE FROM:
Bayer Aspirin 325 mg, 500 ct
Aleve Liquid Gels 220 mg, 160 ct
One A Day 50+ Advantage Men's Multi
AND/OR Women's Multi, 200 ct
Item 544352, 652762, 652541, 652544

**Instant Savings**
**$3 OFF** LIMIT 8 EACH
Breathe Right Extra Clear Strips
AND/OR Tan Strips 44 ct
Item 861245, 671451

**Instant Savings**
**$3 OFF** LIMIT 5 EACH — ALSO AVAILABLE AT COSTCO.COM
Advil CHOOSE FROM:
• Liqui-Gels 200 mg, 2/120 ct
• Film Coated 2/120 ct
• PM 200 ct
Item 655613, 947272, 911891
Selection varies by location






**Instant Savings**
**$3 OFF** LIMIT 6 EACH — ALSO AVAILABLE AT COSTCO.COM
Vitafusion CHOOSE FROM:
• MultiVites Gummy Vitamins 250 ct
• Calcium + Vitamin D3 Gummies 2/100 ct
• Women's Multivitamin 220 ct
Item 570932, 563031, 859100

**Instant Savings**
**$3 OFF** LIMIT 6 EACH
Vitafusion Power C Gummy
Vitamins 2/150 ct AND/OR
Fiber Well Gummies 220 ct
Item 631590, 605867

**Instant Savings**
**$2 OFF** NO LIMIT — ALSO AVAILABLE AT COSTCO.COM
Schiff Melatonin
300 ct
Item 570941

**Instant Savings**
**$5 OFF** NO LIMIT
Joint Juice Glucosamine Chondroitin
30/8 oz
Item 503057






**Instant Savings**
**$4 OFF** LIMIT 3
Weider Red Yeast Rice Plus
600 mg, 180 ct
Item 429129

**Instant Savings**
**$11 OFF** LIMIT 15 — ALSO AVAILABLE AT COSTCO.COM
Cosamin DS
230 ct
Item 373128

**Instant Savings**
**$5 OFF** NO LIMIT
CHOOSE FROM:
Delsym 12-Hour Cough Suppressant 2/5 oz
Mucinex Fast-Max Severe 2/9 oz
• Children's Multi-Symptom Cold 2/6.8 oz
Item 427053, 676010, 793181

**Instant Savings**
**$5 OFF** LIMIT 5
TruHeart Heart Health Formula
100 ct
Item 911710





**Instant Savings** — ALSO AVAILABLE AT
**Instant Savings** — ALSO AVAILABLE AT
**Instant Savings** — ALSO AVAILABLE AT
**Instant Savings**

**$5 OFF** LIMIT 12 — COSTCO.COM
Wellesse Joint Movement Glucosamine
33.8 oz
Item 402146


**$4 OFF** LIMIT 15 — COSTCO.COM
Kirkland Signature™ Magnesium Citrate
250 mg, 300 ct
Item 858431


**$2 OFF** LIMIT 6 EACH — COSTCO.COM
Li'l Critters CHOOSE FROM:
• Omega-3 DHA Fish Oil Gummies 180 ct
• Calcium + Vitamin D3 Gummy Bears 200 ct
• Gummy Vites 275 ct
Item 214443, 611239, 576921


**$4 OFF** NO LIMIT
Nature Made CHOOSE FROM:
• Vitamin D3 1000 I.U. 2/300 ct
• Vitamin C 500 mg, 180 ct
• Diabetes Health Pack 60 ct
Item 804091, 281747, 561734


Instant Savings **$4 OFF** ALSO AVAILABLE AT COSTCO.COM
AmLactin Moisturizing Body Lotion 20 oz AND/OR Slo-Niacin 500 mg, 175 ct
Item 657187, 795954

Instant Savings **$6 OFF** NO LIMIT — ALSO AVAILABLE AT COSTCO.COM
Nature's Bounty Sublingual Vitamin B-12 2500 mcg, 250 ct AND/OR Osteo Bi-Flex 170 ct
Item 387163, 704267

Instant Savings **$4 OFF** LIMIT 15 EACH
Kirkland Signature™ CHOOSE FROM:
• Performance Multivitamin 300 ct
• Active Vitamin Pack 100 ct
• Optifiber 25.6 oz
Item 941419, 157850, 667865

Instant Savings **$4 OFF** LIMIT 6 EACH
Excedrin Extra Strength Caplets AND/OR Migraine Caplets 300 ct
Item 781043, 720391

   



Instant Savings **$2.50 OFF** LIMIT 15 EACH
CHOOSE FROM:
Kirkland Signature™ Calcium Citrate 500 mg, 500 ct
• Chewable Vitamin C 500 mg, 500 ct
TruNature Ginkgo Biloba 120 mg, 300 ct
Item 586153, 98501, 437959


Instant Savings **$3 OFF** LIMIT 15 EACH
CHOOSE FROM:
Kirkland Signature™ Enteric-Coated Fish Oil 1/day 180 ct
• Super B Complex with Electrolytes 500 ct
TruNature CoQ10 100 mg, 150 ct
• Resveratrol 250 mg, 140 ct
Item 240669, 238120, 541088, 648243


Instant Savings **$4 OFF** LIMIT 3
Kirkland Signature™ Farmed Atlantic Salmon
3 lbs
Item 46340
 

Instant Savings **$1 OFF** NO LIMIT
La Brea Bakery Naan Bread
12 pk
Item 48922


Instant Savings **$2 OFF** NO LIMIT
Ramyun-Shin Black Cups
Item 796997


Instant Savings **$3 OFF** NO LIMIT PER PACKAGE
Kirkland Signature™ Shepherd's Pie
Item 41217


Instant Savings **$2 OFF** LIMIT 5
Stacy's Pita Chips
Item 887880, 867221
Selection varies by location.


Instant Savings **$3 OFF** LIMIT 5
SunChips Variety Pack
30 ct
Item 571548


Instant Savings **$2.50 OFF** LIMIT 5
Pepperidge Farm Goldfish Crackers
58 oz
Item 349529, 787564
Selection varies by location.


Instant Savings **$2 OFF** NO LIMIT
Welch's 100% Concord Grape Juice
2/96 oz
Item 716360


Instant Savings **$1.80 OFF** NO LIMIT
Popcornopolis Kettle Corn
24 oz
Item 653331


Instant Savings **$2.50 OFF** LIMIT 10
Season Brand Skinless & Boneless Sardines
5/3.75 oz
Item 170654


Instant Savings **$2.50 OFF** LIMIT 3
Sunny D
24/11.3 oz
Item 669404


Instant Savings **$2 OFF** LIMIT 2
Kellogg's Raisin Bran
2/38.25 oz
Item 370022


Instant Savings **$3.50 OFF** NO LIMIT
Activia Probiotic Yogurt Variety Pack
24/4 oz
Item 175143
  

Instant Savings **$3 OFF** LIMIT 5
Quaker Instant Oatmeal Variety Pack
52 ct
Item 934290







**Instant Savings**
**$2.30 OFF** NO LIMIT
Prego Heart Smart Sauce
2/67 oz
Item 256811

**Instant Savings**
**$2.20 OFF** LIMIT 4
Multi Grain Cheerios
2/18.75 oz
Item 412121

**Instant Savings**
**$2.50 OFF** NO LIMIT
Propel Zero
24/16.9 oz
Item 52430, 942323
Selection varies by location.

**Instant Savings**
**$2.60 OFF** NO LIMIT
Skotidakis Jalapeño Greek Yogurt Dip
32 oz
Item 822446







**Instant Savings**
**$3 OFF** NO LIMIT
Starbucks Refreshers Variety Pack
12/12 oz
Item 661224

**Instant Savings**
**$3 OFF** LIMIT 1
Curly's OR Tony Roma's Baby Back Pork Ribs
3 lbs
Item 704190, 482451
Selection varies by location.

**Instant Savings**
**$4 OFF** NO LIMIT
Tyson Panko Chicken Nuggets
5 lbs
Item 744463

**Instant Savings**
**$4 OFF** NO LIMIT
Bertolli Chicken Margherita & Penne Skillet Meal
2/30 oz
Item 251621






**Instant Savings**
**$5 OFF** LIMIT 5
Starbucks® House Blend K-Cup® Portion Packs 54 ct
• Medium Roast Coffee
• Compatible with Keurig® 2.0 and Keurig® K-Cup® Brewers
Item 858755
K-Cup® Packs for use in Keurig® K-Cup® Brewing Systems. Shop Costco.com for special offers and an expanded selection.

**Instant Savings**
**$3.50 OFF** NO LIMIT
Don Lee Farms Organic Superfoods Veggie Patty
12 ct
Item 766020

**Instant Savings**
**$3 OFF** NO LIMIT
Pierre Signatures Angus Cheeseburger
8/6.2 oz
Item 563891

**Instant Savings**
**$2.70 OFF** NO LIMIT
Harry's Organic Creamy Tomato Basil Soup
2/30 oz
Item 585581









**Instant Savings**
**$3.10 OFF** NO LIMIT
Harry's Organic Vegetable Minestrone Soup
2/30 oz
Item 663676

**$30 OFF** NO LIMIT  BOOK OR APP REQUIRED
BUY ONE PAIR of eyeglasses AND GET $30 OFF each additional pair for the same individual.
Not valid with any other offer. Selection varies by location. Current prescription required. Transaction must occur on the same day. Each pair of eyeglasses, new frame and lenses, must be for the same individual.

Ask about Costco's Kirkland Signature™ HD Digital Lenses.

Transitions DRIVEWEAR  COSTCO OPTICAL




**$2 OFF** WITH COUPON • LIMIT 1  BOOK OR APP REQUIRED
COSTCO PHOTO CENTER
Inkjet Cartridge Refill Service
Epson, HP, Canon, Lexmark and Dell cartridges*

**$10 OFF** WITH COUPON • LIMIT 1  BOOK OR APP REQUIRED
COSTCO PHOTO CENTER
Canvas Prints
12" x 16" to 40" x 60"
Starting at $28.99 for 12" x 16"
• Create wall décor from personal photos or the Photo Center Art & Image Gallery.
• Choose from museum gallery wrap or floating frame.
• Order at the Photo Center



Valid at all U.S. Costco warehouses. May not be combined with any other offer or coupon. Selection and pricing may vary. No cash redemption value. State and local laws may require sales tax to be charged on the pre-discounted price if the product is subject to sales tax. These taxes, if any, are in addition to the amount that you are paying for the product. Not all items are available at all locations. Offer limited to the inventory available from the manufacturer. limits shown are per household during the dates listed. A rain check may be issued if the promotional is out of stock during the term of the promotion.

# EXHIBIT C

```
                    COSTCO
                  ========WHOLESALE

              OAK BROOK, IL #388
              1901 WEST 22ND STREET
                OAK BROOK, IL 60523
         TOBACCO PRODUCT LICENSE #55509
                MEMBER #111776805451

        71096  RED DEL                 8.49 C
   E   969425  ORGANIC GALA            8.95 C
         2549  SHRIMP 31/40           17.99 C
        88744  KS MEATBALLS           17.99 C
       606950  KOTEX LINERS            7.99 C
   E        8  2% MILK                 2.69 C
       614462  SR BOYS SOCK            8.99 A
   210000114385  CPN/614462            2.00-
       614462  SR BOYS SOCK            8.99 A
   210000114385  CPN/614462            2.00-
   E    46922  NAAN BREAD              5.99 C
   E10000114599  CPN/46922             1.00-
   E     8789  GOLDEN PINE             2.99 C
   E    51059  MINNEOLAS               4.49 C
   E   828939  XLG EGGS 3DZ            3.99 C
   E     5148  KS PULL PORK           10.99 C
   E    18600  CLEMENTINES             5.99 C
   E    33936  PORK BACKRIB           28.93 C
       720891  **KS TISSUE*           14.79 A
   210000114310  CPN/720891            3.00-
   E    27801  LAMB LEG               24.85 C
   E    38480  ORGNC BS THG           15.95 C
   E   890884  SIMPLY OJ               8.69 C
   E   677492  ORGANICEGG              6.49 C
   E    33336  BUTER CROISS            5.99 C
   E    33845  FRYER THIGHS           13.48 C
   E    46340  SALMON PRTN.           23.99 C
   E10000114595  CPN/46340             4.00-
   E    38521  APPLE STRUDL            7.99 C
   E   218073  ORGANIC MILK           10.99 C

              SUBTOTAL               266.70
         A  7.75% TAX                  3.16
         C  1.75% TAX                  4.16
              TOTAL                   274.02
         VF  American Express        274.02

   XXXXXXXXXXXX1001                   SWIPED
   01/31/15 12:12
   Seq#: 000178 App#:   563670
   American Express      Resp: AA
   Tran ID#: 503130674000
   Merchant ID 99038811

              APPROVED - PURCHASE
                 AMOUNT: $274.02

           0388 002 0000000016 0104

              CHANGE                     .00
              COUPONS TENDERED         12.00

      TOTAL NUMBER OF ITEMS SOLD =  25

   Executive Members earn a 2% Reward
   annually up to $750, or approximately
   $5.33 on this purchase. They also
   get added benefits & larger discounts
   on Costco Services like Travel. See
```

# EXHIBIT D

```
                    COSTCO
                   WHOLESALE

             #342 Naperville IL
                1320 S. ROUTE 59
              NAPERVILLE, IL 60564
          TOBACCO PRODUCT LICENSE #97025
              MEMBER  #111706809830

    E    676977 FRUIT BY FT       10.89 A
    E    47497  ORANGES           10.99 C
    E    27003  2 LB STRAWS        4.99 C
         918151 TRBTAXWST14       49.99 A
    210000117861 CPN/TURBOTAX     10.00-
    E    83353  GRN GRAPES         9.99 C
    E    18600  CLEMENTINES        5.99 C
    E    18600  CLEMENTINES        5.99 C
    E    739550 SKINNYPOP 12       4.79 C

             SUBTOTAL              93.62
         A  7.25% TAX               4.41
         C  1.75% TAX                .75
             TOTAL                 98.78
    VF    American Express        98.78
    ------------------------------------
    XXXXXXXXXXXX4505           SWIPED
    01/17/15 13:26
    Seq#: 008089 App#:    525265
    American Express    Resp: AA
    Tran ID#: 501705571000
    Merchant ID 99034211

          APPROVED - PURCHASE
            AMOUNT: $98.78

        0342 005 0000000046 0093
    ------------------------------------
         CHANGE                     .00
         COUPONS TENDERED         10.00

    TOTAL NUMBER OF ITEMS SOLD =  8
    CASHIER: MARGIE            REG# 5
    01/17/2015 13:26 0342 05 0093 46

    IL TAXES PAID ON ANY TOBACCO PURCHASES
             THANK YOU!
          PLEASE COME AGAIN
```

EXHIBIT E



```
         #342 Naperville IL
            1320 S. ROUTE 59
           NAPERVILLE, IL 60564
      TOBACCO PRODUCT LICENSE #97025
          MEMBER #111706809830  T5

E     599700 ZICO 1LTR         16.99 C
E10000117351 CPN/599700         4.00-
E     599700 ZICO 1LTR         16.99 C
E10000117351 CPN/599700         4.00-
E     828939 XLG EGGS 3DZ       4.49 C
E     494885 WH ORG MILK       11.99 C
E          8 2% MILK            2.49 C
E     782796 **KS WATER**       3.39 C
E      18600 CLEMENTINES        5.99 C
E       5961 SARALEEBREAD       5.39 C
E     175143 ACTIVIA VTY        9.99 C
E10000114623 CPN/175143         3.50-
E     158996 APPLE JUICE        7.99 C
E      57554 BLUEBERRIES        4.99 C
E     676977 FRUIT BY FT       10.89 A

        SUBTOTAL               90.08
    A   7.25% TAX                .79
    C   1.75% TAX               1.59

        TOTAL                  92.46
VF      American Express       92.46

XXXXXXXXXXXX4505         SWIPED
02/07/15 15:20
Seq#: 007981 App#:   915202
American Express    Resp: AA
Tran ID#: 503831520000
Merchant ID 99034211

       APPROVED - PURCHASE
         AMOUNT: $92.46

      0342 009 0000000046 0286

     CHANGE                     .00
     COUPONS TENDERED          11.50

TOTAL NUMBER OF ITEMS SOLD =  12
CASHIER: MARGIE              REG# 9
2/07/2015 15:20 0342 09 0286 46

IL TAXES PAID ON ANY TOBACCO PURCHASES
          THANK YOU!
      PLEASE COME AGAIN
```

# EXHIBIT F



```
        OAK BROOK, IL #388
          1901 WEST 22ND STREET
             OAK BROOK, IL 60521
       TOBACCO PRODUCT LICENSE #95509
            MEMBER #111825199002  6N

       722071 2X3 HALF RND      11.99 A
    210000116904 CPN/722071      3.00-
         SUBTOTAL                 8.99
       A 7.75% TAX                 .93
         TOTAL                    9.92
    VF   American Express         9.92
    -----------------------------------
    XXXXXXXXXXXX1017           SWIPED
    02/11/15 19:23
    Seq#: 000293  App#:   503735
    American Express    Resp: AA
    Tran ID#: 504215701000
    Merchant ID 99038811

           APPROVED - PURCHASE
              AMOUNT: $9.92

         0388 009 0000000094 0365
    -----------------------------------
         CHANGE                   .00
         COUPONS TENDERED        3.00

    TOTAL NUMBER OF ITEMS SOLD = 1
    CASHIER: Demarlo          REG# 9
    2/11/2015 19:23 0388 09 0365 94

    L TAXES PAID ON ANY TOBACCO PURCHASES
            THANK YOU!
         PLEASE COME AGAIN!
```